UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN SANDOVAL JOAQUIN, individually and
in behalf of all other persons similarly situated,

                              Plaintiff,                      JUDGMENT

     v.                                                21-cv-079(ERK) (MHH)

GREEK TAVERNA LLC d/b/a TELLY'S TAVERNA
and DIANNA LOISELLE, jointly and severally,

                              Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 10, 2022; and Defendants Greek Taverna LLC d/b/a Telly's Taverna and Dianna Loiselle having offered to allow judgment in this action to be taken against them and in favor of Plaintiff Juan Sandoval Joaquin, in the total sum of Ten Thousand Dollars and No Cents ($10,000.00), inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Juan Sandoval Joaquin and against Defendants Greek Taverna LLC d/b/a Telly's Taverna and Dianna Loiselle in the total sum of Ten Thousand Dollars and No Cents ($10,000.00), inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: Brooklyn, New York                                             Brenna B. Mahoney
       March 18, 2022                                                     Clerk of Court

                                                                     By:    */s/Jalitza Poveda*
                                                                              Deputy Clerk